JOHN F. HUGHES, SR., ET AL., APPELLANTS, VS. ALEXANDER ALEXANDER ET AL., APPELLEES.

JOHN F. HUGHES, SR., ET AL., APPELLANTS, VS. ELIAS AYERS ET AL., APPELLEES.

The decisions in the above styled cases are controlled by the decision in the case of John F. Hughes, Sr., et al. vs. Thomas Hannah et al., decided at the present term.

Appeal from the Circuit Court for Washington county.

The facts in the case are stated in the opinion of the court.

*William Fisher and Blount & Blount*, for Appellants.

*D. L. McKinnon*, for Appellees.

MABRY, J.:

The identical question determined in the case of John F. Hughes, Sr., *et al.* vs. Thomas Hannah *et al.*, decided at this term, is involved in the above styled cases; the only difference in all the cases, so far as the allegations of the amended bills are concerned, is in reference to the lands involved. The decision in the case of Hughes vs. Hannah determines the litigation in the present cases, and the same order will be made in them as in the former case.